**COMPOSITE EXHIBIT F**

IN THE CIRCUIT COURT OF THE
EIGHTH JUDICIAL CIRCUIT IN AND FOR
ALACHUA COUNTY, FLORIDA
(*CIVIL DIVISION*)
CASE NO.: 2013-CA-00263

JOSEPH E. ALTIER and
JODELL M. ALTIER,

        Plaintiffs,

vs.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and SUNTRUST
BANK, N.A.,

        Defendants.
_____/

**DEFENDANTS SUNTRUST BANK, N.A. AND SUNTRUST MORTGAGE, INC.'S
<u>NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT</u>**

Defendants SUNTRUST BANK, N.A. and SUNTRUST MORTGAGE, INC. ("Defendants") hereby gives notice that they have filed a Notice of Removal in the United States District Court for the Northern District of Florida. A copy of the Notice of Removal, without attachments, is attached to this notice.

        LIEBLER, GONZALEZ & PORTUONDO, P.A.
        Attorneys for Defendants
        Courthouse Tower - 25th Floor
        44 West Flagler Street
        Miami, FL 33130
        (305) 379-0400

        By: _____
            JACOB E. MITRANI
            Florida Bar No. 715581
            DAVID H. HAFT
            Florida Bar No. 68992

– 2 –

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via first class, U.S. Mail on this 26th day of August, 2013 to: Joseph E. Altier and Jodell M. Altier, 2507 Roat Drive, Orlando, Florida 32835.

_____
DAVID H. HAFT

– 2 –

LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400