**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JOSEPH ALTIER and
JODELL M. ALTIER,**

       **Plaintiffs,**

**v.**                        **CASE NO. 1:13-cv-164-MW/GRJ**

**FEDERAL NATIONAL
MORTGAGE ASSOCIATION,
et al.,**

       **Defendants.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 26, filed November 8, 2013.    Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Defendants Suntrust Bank, N.A. and Suntrust Mortgage, Inc.'s Dispositive Motion to Dismiss Plaintiffs' Amended Complaint, ECF No. 21, is **GRANTED**.  Defendants Federal National Mortgage

Association and Mortgage Electronic Registration System, Inc.'s Joint Motion to

Dismiss Amended Verified Complaint, ECF No. 24, is **GRANTED.** Plaintiffs'

Amended Complaint is **DISMISSED with prejudice** and Plaintiffs **shall not be**

**given an opportunity to amend** their Amended Complaint because it would be

futile to do so." The Clerk shall close the file.

**SO ORDERED on December 6, 2013.**

**s/Mark E. Walker**
**United States District Judge**